# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Danita Mitchell,

       Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:10-cv-281-GCM

Richard Boner, et al.,

       Defendants.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2010 Order.

                                     Signed: July 15, 2010

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court